IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:20-cv-00394-D

| | |
|---|---|
| MARIE A. BECTON, Pro Se ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR DEFAULT |
| ANDREW SAUL, ) | JUDGMENT |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

AND NOW, this __17__ day of November, 2020, upon consideration of Defendant's Motion to Deny Plaintiff's Motion for Default Judgment, it is hereby DENIED.

SO ORDERED this __17__ day of December, 2020.

_____
JAMES C. DEVER III
United States District Judge