IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:20-cv-00394-D

| | |
|---|---|
| MARIE A. BECTON, Pro Se ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER DENYING PLAINTIFF'S |
| v. ) | SECOND MOTION FOR DEFAULT |
| ) | JUDGMENT |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

AND NOW, this __2__ day of ~~February~~ March, 2021, upon consideration of Defendant's second Motion to Deny Plaintiff's Motion for Default Judgment, it is hereby DENIED.

SO ORDERED this __2__ day of March, 2021.

JAMES C. DEVER III
United States District Judge