IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:20-cv-00394-D

| | |
|---|---|
| MARIE A. BECTON, Pro Se | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DENYING PLAINTIFF'S |
| | ) MOTION TO GRANT |
| | ) INTERLOCUTORY RELIEF |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

AND NOW, this _2_ day of ~~January~~ March, 2021, upon consideration of Plaintiff's Motion to Grant Interlocutory Relief and Defendant's response thereto, Plaintiff's motion is hereby DENIED.

SO ORDERED this _2_ day of March, 2021.

_____
JAMES C. DEVER III
United States District Judge