IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-394-D

| | |
|---|---|
| MARIE A. BECTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in defendant's memorandum of law [D.E. 33] in support of its motion to dismiss, the court GRANTS defendant's motion to dismiss [D.E. 32] and DISMISSES this action WITHOUT PREJUDICE for failure to exhaust administrative remedies. The court DISMISSES AS MOOT plaintiff's motion to file an amended complaint.

SO ORDERED. This 6 day of October, 2021.

JAMES C. DEVER III
United States District Judge