UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIE A. BECTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:20-CV-394-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 32] and DISMISSES this action WITHOUT PREJUDICE for failure to exhaust administrative remedies. The court DISMISSES AS MOOT plaintiff's motion to file an amended complaint.

**This Judgment Filed and Entered on October 6, 2021, and Copies To:**

Marie A. Becton                                            (Sent to 915 Dandridge Dr. Fayetteville,
                                                                    NC 28303 via US Mail)

Wanda D. Mason                                       (via CM/ECF electronic notification)

DATE:                                                           PETER A. MOORE, JR., CLERK
October 6, 2021                                          (By) /s/ Nicole Sellers
                                                                      Deputy Clerk